IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY RENE SANDERS,<br><br>            Plaintiff,<br><br>     v.<br><br>J. LELAND, et. al,<br><br>            Defendant. | No.  2:25-CV-0798-DJC-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion for an extension of time to file a first amended complaint.  See ECF No. 10.  Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to a prison lockdown which limited Plaintiff's law library access, Plaintiff's motion will be granted.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 10, is GRANTED.
2. Plaintiff shall file a first amended complaint within 30 days of the date of this order.

Dated:  July 15, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1