IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY RENE SANDERS, | No. 2:25-CV-0798-DJC-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| J. LELAND, et. al, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

On July 16, 2025, the Court granted Plaintiff an extension of time and directed that Plaintiff file a first amended complaint within 30 days. See ECF No. 11. Given Plaintiff's non-compliance as of expiration of this deadline, the Court issued findings and recommendations that this action be dismissed for lack of prosecution. See ECF No. 12. After the findings and recommendations were submitted for docketing and service, but before the findings and recommendations were entered on the docket and served on the parties on September 3, 2025, Plaintiff filed a first amended complaint on August 29, 2025. See ECF No. 14. Concurrent with the first amended complaint, Plaintiff filed a motion seeking leave to accept the late-filed pleading. See ECF No. 13. Good cause appearing therefor, the Court will vacate the September 3, 2025, findings and recommendations and grant Plaintiff's request to accept the late-filed first

1

amended complaint, the sufficiency of which will be addressed separately.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations issued on September 3, 2025, ECF No. 12, are vacated.

2. Plaintiff's motion to accept a late-filed pleading, ECF No. 13, is granted.

3. Plaintiff's first amended complaint filed on August 29, 2025, ECF No. 14 is deemed timely.

Dated: October 10, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE